IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

DAYTON GRESHAM,                          *

        Plaintiff,                     *

v.                                                    Case No.  3:25-CV-00063-CDL

                                               *

FATHER AND SON PLUMBING LLC, et al,

                                               *

        Defendants.                  *

_____     *

## **J U D G M E N T**

Pursuant to the Order of this Court filed May 27, 2026, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff back pay and liquidated damages from Defendants in the amount of $25,525.74, attorney's fees in the amount of $24,410.00 and litigation expenses in the amount of $1,672.48, for a total judgment of $51,608.22, jointly and severally.

    This 27th day of May, 2026.

                  David W. Bunt, Clerk

                  s/ Angelica E. Niccolai, Deputy Clerk